# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Jacqueline Heather Miller, | : | Case No. 23-11659 (PMM) |
| | : | |
| Debtor. | : | |

## ORDER DISMISSING BANKRUPTCY CASE

**AND NOW** upon consideration of the Order to Show Cause (doc. #13, the "Show Cause Order"), notifying the Debtor that this bankruptcy case may be dismissed if she did not appear, see Show Cause Order;

**AND** the Debtor having failed to appear at the hearing held and concluded on July 11, 2023;

**AND** the Debtor having failed to file the required documents and schedules;

It is, therefore **ordered,** that the Debtor's bankruptcy case is hereby **dismissed**.

Date:  July 11, 2023

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Jacqueline Heather Miller
8818 Lister Street
Philadelphia, Pa 19152